UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

THOMAS PUCKEY,

                          Plaintiff,          3:14-CV-1582
                                             (GTS/DEP)

v.

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
_____

APPEARANCES:                                       OF COUNSEL:

THOMAS PUCKEY
  Plaintiff, *Pro Se*
235 L. Harry L. Drive, Apt. 201
P.O. Box 1301
Binghamton, New York 13902

SOCIAL SECURITY ADMINISTRATION        JOSHUA L. KERSHNER, ESQ.
OFFICE OF REG'L GEN. COUNSEL–REGION II
  Counsel for Defendant
26 Federal Plaza, Room 3904
New York, New York 10278

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

       The above matter comes to this Court following a Report-Recommendation by United States Magistrate Judge David E. Peebles, filed on July 28, 2015, recommending that the Commissioner's motion to dismiss be granted, and that Plaintiff's Complaint be dismissed. (Dkt. No. 15.) Objections to the Report-Recommendation have not been filed, and the time period in which to do so has expired. (*See generally* Docket Sheet.) After carefully reviewing all of the papers in this action, including Magistrate Judge Peeble's thorough Report-Recommendation, the Court can find no clear error in the Report-Recommendation. As a result,

the Report-Recommendation is accepted and adopted in its entirety, the Commissioner's motion to dismiss is granted, and Plaintiff's Complaint is dismissed.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Peebles' Report-Recommendation (Dkt. No. 15) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that the Commissioner's motion to dismiss is **AFFIRMED**; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED**.

Dated: September 11, 2015
       Syracuse, New York

Hon. Glenn T. Suddaby
Chief U.S. District Judge